UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD K. MARTIN,

    Plaintiff,

v.                            Case No. 5:21-cv-49-TKW-MJF

ANGEL CANDELARIA,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 30) and Plaintiff's objection (Doc. 32). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff's fourth amended complaint fails to state a claim upon which relief can be granted.

The Court did not overlook Plaintiff's argument that he is "uneducated in the law," but that does not excuse his failure to plead a legally sufficient claim because the magistrate judge twice explained to him what was necessary to state an Eighth Amendment claim. *See* Docs. 16, 20. Nor did not the Court overlook Plaintiff's request for appointment of counsel (in his objection and by motion, Doc. 29), but it

is well established that absent "exceptional circumstances," there is no right to appointed counsel in a civil case, *see Smith v. Warden, Hardee Corr. Inst.*, 597 F. App'x 1027, 1030 (11th Cir. 2015) (quoting *Dean v. Barber,* 951 F.2d 1210, 1216 (11th Cir. 1992)), and the is nothing exceptional about the circumstances of this case—either factually or legally.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1).

3. The Clerk shall terminate all pending motions and close the case file.

**DONE and ORDERED** this 22nd day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**